**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Zeller-World Trade, L.L.C,

Plaintiff,

vs.

Kinko's, Inc.,

Defendant.

**Civ. No. 01-1263 (DSD/JMM)**

**STIPULATION AND ORDER FOR DISMISSAL**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed, with prejudice, on the merits, and without costs to either party.

Dated: 12/26/01

OPPENHEIMER WOLFF & DONNELLY, LLP

By: [signature]
James M. Jorissen, #262833
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR KINKO'S, INC.

Dated: 12/13/01

LARKIN, HOFFMAN, DALY & LINDGREN, LTD.

By: [signature]
Gary Van Cleve, #156310
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
Telephone: (952) 835-3800
Facsimile: (952) 836-3333

ATTORNEYS FOR ZELLER-WORLD TRADE, L.L.C.

JAN 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED:

That the above-captioned action be and hereby is dismissed, with prejudice, on the merits, and without costs to either party.

Dated: 1/02/02

BY THE COURT

HON. DAVID S. DOTY
UNITED STATES DISTRICT COURT
JUDGE